# IN THE SUPREME COURT OF THE STATE OF NEVADA

JANE DOE DANCER I; JANE DOE
DANCER II; JANE DOE DANCER III;
AND JANE DOE DANCER V,
INDIVIDUALLY, AND ON BEHALF OF
CLASS OF SIMILARLY SITUATED
INDIVIDUALS,

                        Appellants,

          vs.

LA FUENTE, INC., AN ACTIVE
CORPORATION,

                        Respondent.

LA FUENTE, INC., AN ACTIVE
NEVADA CORPORATION; AND
WESTERN PROPERTY HOLDINGS,
LLC, AN ACTIVE NEVADA LIMITED
LIABILITY COMPANY (ALL D/B/A
CHEETAHS LAS VEGAS AND/OR THE
NEW CHEETAHS GENTLEMAN'S
CLUB),

                        Appellants,

          vs.

JANE DOE DANCER I; JANE DOE
DANCER II; JANE DOE DANCER III;
AND JANE DOE DANCER V,
INDIVIDUALLY, AND ON BEHALF OF
CLASS OF SIMILARLY SITUATED
INDIVIDUALS,

                        Respondents.

LA FUENTE, INC., AN ACTIVE
NEVADA CORPORATION; AND
WESTERN PROPERTY HOLDINGS,
LLC, AN ACTIVE NEVADA LIMITED
LIABILITY COMPANY (ALL D/B/A
CHEETAHS LAS VEGAS AND/OR THE
NEW CHEETAHS GENTLEMAN'S
CLUB),

                        Appellants,

          vs.

No. 78078

**FILED**

MAR 2 4 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
      DEPUTY CLERK

No. 78238

No. 78356 ✓

JANE DOE DANCER I; JANE DOE DANCER II; JANE DOE DANCER III; AND JANE DOE DANCER V, INDIVIDUALLY, AND ON BEHALF OF CLASS OF SIMILARLY SITUATED INDIVIDUALS,

                  Respondents.

## ORDER DISMISSING APPEALS

The parties have filed a stipulation to dismiss the appeals in Docket Nos. 78238 and 78356.[1] The stipulation is approved and the appeals in Docket Nos. 78238 and 78356 are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

_____, C.J.

cc:    Hon. Kerry Louise Earley, District Judge
       Lansford W. Levitt, Settlement Judge
       Schulten Ward Turner & Weiss, LLP
       Hartwell Thalacker, Ltd.
       Bighorn Law/Las Vegas
       Rusing Lopez & Lizardi, PLLC
       Eighth District Court Clerk

---

[1]The stipulation misidentifies the separate appeals as cross-appeals. It also misidentifies the appeal in Docket No. 78356 as Docket No. 78345.

